Becker v. State



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



IN RE: SWIFT TRANSPORTATION
COMPANY, INC.,


 Relator.
 §


 


§


 


§


 


§


 


§


 


 § 


No. 08-09-00254-CV



AN ORIGINAL PROCEEDING 


IN MANDAMUS







MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator, Swift Transportation Company, Inc., asks this Court to issue a writ of mandamus
against the Honorable Linda Y. Chew, Judge of the 327th District Court of El Paso County. Relator
has also requested temporary relief. To be entitled to mandamus relief, a relator must meet two
requirements. First, the relator must show that the trial court clearly abused its discretion. In re
Prudential Insurance Company of America, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator
must demonstrate he has no adequate remedy by appeal. Id. at 136. Based on the record before us,
we are unable to conclude that Relator is entitled to mandamus relief. Accordingly, we deny
mandamus relief. See Tex.R.App.P. 52.8(a). Further, we deny the request for temporary relief. See
Tex.R.App.P. 52.10.


 GUADALUPE RIVERA, Justice

September 30, 2009


Before Chew, C.J., McClure, and Rivera, JJ.

Chew, C.J., not participating